Matter of Curry v Common Ground Community HDFC, Inc. (2024 NY Slip Op 01113)

Matter of Curry v Common Ground Community HDFC, Inc.

2024 NY Slip Op 01113

Decided on February 29, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 29, 2024

Before: Manzanet-Daniels, J.P., Moulton, Scarpulla, O'Neill Levy, JJ. 

Index No. 570224/11, 116381/91 Appeal No. 1783 Case No. 2023-04659 

[*1]In the Matter of Cornell Curry, Petitioner, 
v
Common Ground Community HDFC, Inc., et al., Respondents.

Cornell Curry, petitioner pro se.
Kellner, Herlihy, Getty & Friedman, LLP, New York (Jeanne-Marie Williams of counsel), for Common Ground Community HDFC, Inc., respondent.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel), for Hon. Adam Silvera, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 29, 2024